**FILED**

**DEC - 4 1998**

U.S. Court of Appeals
Fourth Circuit

IN THE
UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 98-7755

Larry Gilbert and J.D. Gleaton, Plaintiffs-Appellants

v.

David M. Beasley, Governor of South Carolina, C. J. Cepak, Warden, Broad River Correctional Facility, Michael Moore, Commissioner, South Carolina Department of Corrections, Stephen G. Birnie, Director, South Carolina Department of Probation, Parole and Pardon Services, and Willie Weldon, Warden, Lieber Correctional Facility,
Defendants-Appellees.

---

Appellants appeal from a denial by the district court of their motions for a temporary restraining order and preliminary injunction enjoining their executions. They now seek similar relief in this court. After very carefully considering the submissions of all parties, appellants' motion for stay of execution or temporary restraining order is denied.

Entered at the direction of Judge Murnaghan and Judge Wilkins. Judge Motz would grant appellants' request for stay of execution and issue a temporary restraining order pending appeal.

IT IS SO ORDERED this the 4th day of December, 1998.

For the Court

/s/ Patricia S. Connor

Clerk