FILED: December 7, 1998

UNITED STATES COURT OF APPEALS

FOR THE FOURTH CIRCUIT

No. 98-7755
(CA-98-3534-3-11)

LARRY GILBERT; J. D. GLEATON,

          Plaintiffs - Appellants,

versus

DAVID M. BEASLEY, Governor of South Carolina; C. J. CEPAK, Warden, Broad River Correctional Facility; MICHAEL MOORE, Commissioner, South Carolina Department of Corrections; STEPHEN G. BIRNIE, Director, South Carolina Department of Probation, Parole and Pardon Services; WILLIE WELDON, Warden, Lieber Correctional Facility,

          Defendants - Appellees.

ORDER

For reasons appearing to the Court,

The Court dismisses this appeal as moot.

For the Court

/s/ Patricia S. Connor
Clerk

