JUDGMENT

FILED: December 10, 1998

UNITED STATES COURT OF APPEALS

for the

Fourth Circuit

**FILED**

**DEC 1 0 1998**

LARRY W. PROPES, CLERK
COLUMBIA, S.C.

NO. 98-7755
CA-98-3534-3-11

LOUIS JOE TRUESDALE

   Plaintiff - Appellant

v.

DAVID M. BEASLEY, Governor of South Carolina; C. J. CEPAK,
Warden, Broad River Correctional Facility; MICHAEL MOORE,
Commissioner, South Carolina Department of Corrections;
STEPHEN G. BIRNIE, Director, South Carolina Department of
Probation, Parole and Pardon Services; WILLIE WELDON,
Warden, Lieber Correctional Facility

   Defendants - Appellees

---------------------
Appeal from the United States District Court for the
District of South Carolina at Columbia
---------------------

In accordance with the written opinion of this Court filed this day, the Court remands this case to the district court with instructions to dismiss.

A True Copy, Teste:
Patricia S. Connor, Clerk
BY: [signature]
Deputy Clerk

/s/ Patricia S. Connor
_____
CLERK